UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 17-8557-MWF(KSx)**                              Dated: **June 25, 2018**

Title:   Martina Arguello -*v*- BMW of North America, LLC, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                     None Present

PROCEEDINGS (IN CHAMBERS):       ORDER TO SHOW CAUSE

In light of the Mediation Report filed June 21, 2018, indicating the case has completely settled, the Court sets a hearing on Order To Show Cause Re Dismissal for **August 13, 2018 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

**IT IS SO ORDERED.**

MINUTES FORM 90                                                  Initials of Deputy Clerk   cw
CIVIL - GEN

-1-